M. HAUPT COMPANY, complainant-appellant,

*v.*

BOARD OF EDUCATION OF EDGEWATER, defendant-respondent.

[Submitted November Term, 1916.   Decided March 5th, 1917.]

On appeal from a decree of the court of chancery.

*Mr. William B. Mackay, Jr.,* for the complainant-appellant.

*Mr. Milton Demarest* and *Mr. Abram DeBaun,* for the defendant-respondent.

PER CURIAM.

The advisory master dismissed the bill because suit was not begun within ninety days after filing the lien as required by the act of March 30th, 1892. *Comp. Stat. p. 3315.* He relied upon the authority of *Hermann* v. *Mexican Petroleum Corporation, 85 N. J. Eq. 367.* Without expressing any opinion as to the correctness of the view taken by the learned vice-chancellor in that case, we think it enough to say that when a lien is claimed, the suit is not begun until the subpœna is taken out. The case is analogous to that of *Haughwout* v. *Murphy, 22 N. J. Eq. 531.*

This view leads to an affirmance of the decree, with costs.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—13.

*For reversal*—None.